# STATE SUPREME COURT

### NEW CASES, PROCEEDINGS AND DECISIONS

## Weekly Report of NEW CASES DOCKETED

### NEW CASES DOCKETED

Bowman v. Lennon .................. 19666
Boyer et v. Fink et.................. 19664
Central Cas. Co. v. Fleming .......... 19668
Cincin. Trac. Co. v. Reshing......... 19658
Cleveland Ry. Co. v. Dennison......... 19660
Cleveland Ry. v. Anderson .......... 19662
Cooper v. Howes .................... 19669
Enright v. B. & O. Ry. Co........... 19663
Frazier v. Ford .................... 19665
Logan Gas. Co. v. Pub. Util. Comm.... 19670
Melbourne Construct. Co. v. Landis .... 19672
Queen Incubator Co. v. Merrell Co..... 19655
Roberts et v. Montgomery .......... 19674
Southern Surety Co. v. Chambers ...... 19656
State v. Abrams .................... 19657
State ex v. Brown .................. 19673
State ex v. Pub. Util. Comm.......... 19671
State v. Hearne .................... 19667
State ex v. Gongwer ................ 19661
State ex v. Cleveland Ry. Co......... 19659

### MARCH 3, 1926

19655—Queen Incubator Co. v. Merrell Co.; motion for Lucas Appeals to certify. L. B. Hall, Toledo, for pltf; Taber, Chittenden, Northrup & Daniels, Toledo, for deft.

19656—Southern Surety Co. v. Frank Chambers; motion for Cuyahoga Appeals to certify. Baker, Hosteter & Sidlo, Cleveland, for pltf; R. Sanborn, Cleveland, for deft.

19657—State of Ohio v. C. S. Abrams; motion for leave to file petition in error to the Cuyahoga Appeals. E. C. Stanton and M. J. Meyer, Cleveland, for pltf; J. L. Klein, Cleveland, for deft.

19658—Cincinnati Traction Co. v. Edward Reshing; motion for Hamilton Appeals to certify. J. W. McCaslin, Cincinnati, for pltf; N. Klein and W. W. Symmes, Cincinnati, for deft.

19659—State of Ohio ex rel Cleveland Railway Co. v. Willis Vickery, J. J. Sullivan and Manuel Levine, Judges of the Court of Appeals, Eighth Appellate District of Ohio; in mandamus. Squires, Sanders & Dempsey, Cleveland, for pltf.

19660—Cleveland Railway Co. v. A. Dennison Williams; error to the Cuyahoga Appeals. Motion for Cuyahoga Appeals to certify. Squire Sanders & Dempsey, Cleveland, for pltf; Howell, Roberts & Duncan, Cleveland for deft.

### MARCH 4, 1926

19661—State of Ohio ex rel Jos. O. Fritz as Prosecuting Attorney of Wayne County v. Seth Gongwer as County Auditor of Ashland; in mandamus. J. O. Fritz, W. J. Mougey, Wooster for pltf.

19662—Cleveland Ry. Co. v. Nora Anderson; motion for Cuyahoga Appeals to certify. Squire, Sanders & Dempsey, Cleveland, for pltf; Orgill, Mashke & Wickham, Cleveland, for deft.

19663—Bridget Enright v. Baltimore & Ohio Railroad Co.; motion for Montgomery Appeals to certify. McConnaughey & Shea, Dayton, for pltf; Marshall & Harlan, for deft.

19664—A. L. Boyer as administrator of the estate of Ella C. Boyer, deceased. Fred Boyer, Alma Nicodemus, Anna Bittokoffer and Alex P. Smith v. Selig Fink and Mary Fink; motion for Summit Appeals to certify. E. G. Staley, W. Bacon, Akron, for pltfs; Decker & Platt, Barberton and Rockwell. and Grant, Akron, for deft.

### MARCH 5, 1926

19665—William Frazier v. William R. Ford; motion for Lucas Appeals to certify. W. H. McLellan, Toledo, for pltf; W. H. Wagers, S. S. Burtsfield, Toledo, for deft.

19666—William J. Bowman v. William A. Lennon; motion for Hamilton Appeals to certify. M. L. Hamilton, Cincinnati, for pltf; Miller & Elston, Cincinnati, for deft.

19667—State of Ohio v. Edward H. Hearne; motion for leave to file bill of exceptions to Common Pleas Court of Hamilton County. C. S. Bell and E. Strasser, Cincinnati, for pltf; J. C. Thompson, Cincinnati, for deft.

### MARCH 6, 1926

19668—Central Casualty Co. v. Geraldine Fleming; motion for Stark Appeals to certify. Amerman & Mills, Canton, for pltf; Turner, Ake & Abt, Canton, for deft.

### MARCH 8, 1926

19669—Mary L. Cooper v. Beatrice Howes, Thomas Horn Ayling and Geo. H. Ayling; motion for Ashtabula Appeals to certify. P. A. Stewart, Pittsburg, Pa., and D. F. Goggin, W. J. Goggin, Ashtabula, for pltf; H. E. Starkey, Jefferson, for defts.

### MARCH 9, 1926

19670—Logan Gas Co. v. Public Utilities Commission of Ohio; error to the Public Utilities Commission of Ohio. Eagleson & Laylin, Columbus, and J. E. Mullin, Logan, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19671—State of Ohio ex rel Logan Gas Co. v. Public Utilities Commission of Ohio; in mandamus. Eagleson & Laylin, Columbus, and J. E. Mullin, Logan, for pltf; C. C. Crabbe and J. W. Bricker, Columbus, for deft.

19672—Melbourne Construction Co. v. Paul H. Landis; motion for Stark Appeals to certify. McCarty, Armstrong, Burt & Kinnison, Canton, for pltf; Amerman & Mills, Canton, for deft.

19673—State of Ohio ex rel Herman P. Goebel v. Clifford Brown; motion for Hamilton Appeals to certify. H. P. Goebel, Cincinnati, for pltf; C. S. Bell, Cincinnati and C. C. Crabbe, Columbus, for eft.

19674—H. Melvin Roberts, William Howell and B. M. Duncan v. T. J. Montgomery; motion for Cuyahoga Appeals to certify. Howell, Roberts & Duncan, Cleveland, for pltf; Kelley, David & Cottrell, J. H. McNeal and Day & Day, Cleveland, for deft.